UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-61214-WJZ

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

      Plaintiffs,
vs.

ANDOVSKI CORP.,
A Florida Corporation

      Defendant.
_____/

## MOTION TO APPROVE SETTLEMENT AND TO DISMISS WITH PREJUDICE

Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN, and PATRICIA KENNEDY (collectively "Plaintiffs"), by and through the undersigned counsel, hereby files this Motion to Approve Settlement and to Dismiss with Prejudice, and state the following in support thereof:

1. Plaintiffs field the instant action alleging that the Facility known as Bagel Host Too located at 4191 Pine Island Road, Sunrise, Florida 33351 (the "Facility") violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12191 *et seq.*

2. The matters raised by Plaintiffs' Complaint have been resolved in accordance with the Stipulation for Settlement ("Settlement") attached hereto as Exhibit "A."

3. In accordance therewith, Plaintiffs request that the Court review, approve and ratify the Settlement. Additionally, Plaintiffs request the Court

1

CHEPENIK | TRUSHIN LLP
12550 Biscayne Boulevard Suite 904, North Miami, Florida 33181 • TEL: (305)981-8889 • FAX: (305)405-7979
www.ctllp.com

retain jurisdiction to enforce the terms of the Settlement. *See Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005).

4.  As part of the settlement reached between the Parties, Plaintiffs have agreed to dismiss the action with prejudice. Accordingly, Plaintiffs request, upon the Court's review, approval and ratification of the Settlement, that this matter be dismissed with prejudice.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiffs against Defendant in this action with prejudice, and retaining jurisdiction to enforce the Settlement.

/s/ Douglas S. Schapiro
Bradley H. Trushin, Esq.
Florida Bar No. 816371
Douglas S. Schapiro
Fla. Bar #54538
Chepenik Trushin, LLP
Attorneys for Plaintiff
12550 Biscayne Boulevard
Suite 904
North Miami, FL  33181
Tele: 305-981-8889
Fax: 305-405-7979

2

CHEPENIK | TRUSHIN LLP
12550 Biscayne Boulevard Suite 904, North Miami, Florida 33181 • TEL: (305)981-8889 • FAX: (305)405-7979
www.ctllp.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system and mailed to: Mite Andovski located at 4191 Pine Island Road, Sunrise, Florida 33351 on this 20th day of September, 2011.

/s/ Douglas S. Schapiro
Bradley H. Trushin, Esq.
Florida Bar No. 816371
Douglas S. Schapiro
Fla. Bar #54538
Chepenik Trushin, LLP
Attorneys for Plaintiff
12550 Biscayne Boulevard
Suite 904
North Miami, FL  33181
Tele: 305-981-8889
Fax: 305-405-7979

3

CHEPENIK | TRUSHIN LLP
12550 Biscayne Boulevard Suite 904, North Miami, Florida 33181 • TEL: (305)981-8889 • FAX: (305)405-7979
www.ctllp.com