UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-61214-WJZ

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,
vs.

ANDOVSKI CORP.,
A Florida Corporation

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiffs' Motion to Approve Settlement and to Dismiss with Prejudice.  The Parties have now reached a settlement and request that this Court dismiss the case with prejudice.  According, based on the foregoing, it is:

ORDERED AND ADJUDGED that the Plaintiffs' Motion to Approve Settlement and to Dismiss with Prejudice is GRANTED.  This Court approves the Settlement Agreement attached as "Exhibit A" to the Motion to Approve Settlement and to Dismiss with Prejudice.  Plaintiffs' cause of action is DISMISSED WITH PREJUDICE.  This case is now CLOSED.  All pending motions not otherwise ruled upon are DENIED AS MOOT.  It is further

ORDERED AND ADJUDGED that this Court retains jurisdiction

to enforce the approved Settlement Agreement between the Parties.

DONE AND ORDERED in Chambers at Broward County, Florida, this ____ day of September, 2011.

_____
William J. Zloch
United States District Judge