UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61214-CIV-ZLOCH

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA
KENNEDY,

      Plaintiffs,

                            **FINAL ORDER OF DISMISSAL**

vs.

ANDOVSKI CORP.,

      Defendant.
_____/

THIS MATTER is before the Court upon Plaintiffs' Motion To Approve Settlement And To Dismiss With Prejudice (DE 11). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion To Approve Settlement And To Dismiss With Prejudice (DE 11) be and the same is hereby **GRANTED**;

2. The Parties' Settlement Agreement (DE 11-1) be and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled

cause solely for the purpose of enforcing the Parties' Settlement Agreement (DE 11-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____24th_____ day of October, 2011.


WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record